UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:11-cv-81080-MIDDLEBROOKS/JOHNSON

DIANE PFISTER, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.

PROFINITY, LLC, a Nevada limited liability
company d/b/a Profinity, FAMILY SAVINGS,
LLC, a Florida limited liability company,
MARTIN TOHA, MARK BEACHAM, PAUL
QUINTAL and RANDI SWATT,

    Defendants.
_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Defendants, PROFINITY, LLC ("Profinity") and FAMILY SAVINGS, LLC ("Family") (collectively, "the Corporate Defendants"), hereby file this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1(a) and state as follows:

Neither of the Corporate Defendants has either a parent corporation or any publicly held corporation that owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: **/s/ Sidney A. Stubbs**
Sidney A. Stubbs, Esq.
Florida Bar No. 095596
E-mail: sstubbs@jones-foster.com
Joanne M. O'Connor, Esq.
Florida Bar No: 0498807
E-mail: joconnor@jones-foster.com
Scott G. Hawkins, Esq.
Florida Bar No. 460117
E-mail: shawkins@jones-foster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive; Suite 1100; P.O. Box 3475
West Palm Beach FL 33402-3475
Telephone: (561) 659-3000
Facsimile: (561) 650-0422

## SERVICE LIST
## PFISTER v PROFINITY, ET AL.
## CASE NO. 9:11-cv-81080 MIDDLEBROOKS/JOHNSON
### United States District Court, Southern District of Florida

Stefan Coleman, Esquire
law@stafancoleman.com
1072 Madison Avenue
Suite 1
Lakewood, NJ 08701
Telephone: 877-333-9427
Facsimile: 888-498-8946

Joel Elkins, Esquire
jelkins@weisslurie.com
Jordan L. Lurie, Esquire
jlurie@weisslurie.com
Weiss & Lurie
10940 Wilshire Boulevard
23rd Floor
Los Angeles, CA 90024
Telephone: 310-208-2800

p:\docs\26781\00001\pld\1bz3357.doc

3