# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

Case No. 11-81080-CIV-MARRA/HOPKINS

| | |
|---|---|
| DIANE PFISTER, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **DECLARATION OF STEFAN COLEMAN IN SUPPORT OF PLAINTIFF'S RULE 56(d) MOTION** |
| vs. | |
| PROFINITY, LLC, a Florida limited liability company, d/b/a Profinity; FAMILY SAVINGS, LLC, a Nevada limited liability company; MARTIN TOHA; MARK BEACHAM, PAUL QUINTAL; RANDI SWATT, | |
| Defendants. | |

## <u>DECLARATION OF STEFAN COLEMAN</u>

I, Stefan Coleman, declare as follows:

1.      I am admitted to practice law in the State of Florida and before this Court.  I represent Plaintiff Diane Pfister ("Plaintiff") and the class in this action.  I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would competently testify thereto.  I submit this declaration in further support of Plaintiff's Rule 56(d) Motion in this action.

2.      Attached hereto as Exhibit 1 are excerpts of documents produced by Defendants in response to Plaintiff's Request for Production of Documents in this case.  These documents were first produced on December 30, 2010, more than two weeks after Plaintiff's Opposition to Summary Judgment and Rule 56(d) were filed.

3.      Attached as Exhibit 2 is a screen shot which I downloaded from Profinity's website on or about September 1, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: January 10, 2012                    _____/s/ Stefan Coleman_____
                                                            Stefan Coleman

1