**From:** Sutherland [mailto:rosalie@moonlightdrivemarketing.com]
**Sent:** Thursday, August 18, 2011 1:40 PM
**To:** michele@profinity.com
**Cc:** Paul Quintal; Andrew Stollman; Scott Bufton
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

Michele

I tested both transfer and direct dial to 855) 611 8892 and received the same results

Keep me posted

thanks

R

On Aug 18, 2011, at 1:27 PM, Michele Jaffe Merrell wrote:

That's not what we are seeing when we call the number (vs a transfer). Having programmers taking a look.

**From:** Sutherland <rosalie@moonlightdrivemarketing.com>
**Date:** Thu, 18 Aug 2011 12:36:47 -0400

Profinity  0017

**To:** Michele Merrell<michele@profinity.com>
**Cc:** Paul Quintal<paul@profinity.com>; Andrew Stollman<astollman@yahoo.com>; Scott Bufton<scott.bufton@profinity.com>
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

Michele

We are starting to send out offer - when I am doing tests to the line you provided I am hearing hold music however I am on hold for over a minute before I disconnected

Can you let me know what the service level/answer rate is ?

R
On Aug 18, 2011, at 11:44 AM, Michele Merrell wrote:

We are ready when you are

**From:** Sutherland [mailto:rosalie@moonlightdrivemarketing.com]
**Sent:** Thursday, August 18, 2011 11:28 AM
**To:** Paul Quintal
**Cc:** Michele Merrell; Andrew Stollman; Scott Bufton
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

Any update on the time Michele we can start sending?
On Aug 18, 2011, at 9:01 AM, Paul Quintal wrote:

10am-6pm Eastern preferably during the testing please.

**From:** Michele Merrell [mailto:michele@profinity.com]
**Sent:** Thursday, August 18, 2011 8:49 AM
**To:** Sutherland
**Cc:** Andrew Stollman; Paul Quintal; Scott Bufton
**Subject:** RE: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

For the testing period, if you can send the 200 calls evenly throughout the day – that would be great!

I will contact you later today about when to start the transfers.

Michele

**From:** Sutherland [mailto:rosalie@moonlightdrivemarketing.com]
**Sent:** Wednesday, August 17, 2011 3:55 PM
**To:** Michele Merrell
**Cc:** Andrew Stollman; Paul Quintal; Scott Bufton
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

Sorry meaning your center operation hours - we get calls 24/7
On Aug 17, 2011, at 3:42 PM, Michele Merrell wrote:

2

Profinity  0018

And the operating hours are??

**From:** Sutherland [mailto:rosalie@moonlightdrivemarketing.com]
**Sent:** Wednesday, August 17, 2011 3:34 PM
**To:** Michele Merrell
**Cc:** Andrew Stollman; Paul Quintal; Scott Bufton
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

Hi Michele

No problem :)

See below for the responses

On Aug 17, 2011, at 3:28 PM, Michele Merrell wrote:

Thanks for the quick call Rosalie!

Below is your portal user info:
https://portal.profinity.com

Username: **MoonlightDrive_wtl**
Password: **moonlight123**

As I mentioned, we don't have client reports available YET for warm transfers, but they are supposed to be ready in the next few days.

Before I can answer how many calls per hour we can accept, I have a couple of questions for you from the call center manager.
-Is it correct that you will be sending 100-200 transfers per day?

Yes for test and can increase from there

-would the calls be spread out evenly, or sporadic, etc?

Ideally we try and space the calls so that we are transferring as evenly as possible with limited spikes -

-what are the hours your would be sending calls over?

During the open operating hours - for calls outside of those hours we tell them to call back the next day

Please advise

Michele

**From:** Rosalie [mailto:rosalie.sutherland24@gmail.com]
**Sent:** Wednesday, August 17, 2011 2:06 PM

3

Profinity 0019

**To:** Andrew Stollman
**Cc:** michele@profinity.com; Paul Quintal
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

We have recorded these - can we get DID's :)

Sent from my iPhone

On Aug 17, 2011, at 1:12 PM, Andrew Stollman <astollman@yahoo.com> wrote:

I'll check

**From:** Michele Jaffe Merrell <michele@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Cc:** Paul Quintal <paul@profinity.com>; Rosalie Sutherland
<rosalie.sutherland24@gmail.com>
**Sent:** Wednesday, August 17, 2011 1:10 PM
**Subject:** Re: Ready to begin: IVR campaign. Profinity &
MoonlightDriveMarketing

Thanks Andrew.

B of A usually has separate routing numbers for Wires and ACH. Please
confirm the number below is ACH.

**From:** Andrew Stollman <astollman@yahoo.com>
**Date:** Wed, 17 Aug 2011 10:08:14 -0700 (PDT)
**To:** Michele Merrell<michele@profinity.com>
**ReplyTo:** Andrew Stollman <astollman@yahoo.com>
**Cc:** Paul Quintal<paul@profinity.com>; Rosalie
Sutherland<rosalie.sutherland24@gmail.com>
**Subject:** Re: Ready to begin: IVR campaign: Profinity &
MoonlightDriveMarketing

Here's the wire info.

Moonlight Drive Concepts, LLC
Bank              Bank of America
Routing#          026009593
Acct#             3830 0602 1234

**From:** Michele Merrell <michele@profinity.com>
**To:** Rosalie Sutherland <rosalie.sutherland24@gmail.com>; Paul
Quintal <paul@profinity.com>
**Cc:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Wednesday, August 17, 2011 12:12 PM
**Subject:** RE: Ready to begin: IVR campaign: Profinity &
MoonlightDriveMarketing

Hi Rosalie – I am available this afternoon between 2pm and 430pm
EST.

4

I need 2 things from you to go live.

1. confirmation that you have recorded your "teaser" – I suggest teaser number one from the list that Paul sent below. "Would you like $25 in Wal-Mart vouchers? How about $100 in coupons for your favorite groceries to go along with that. and vouchers for your favorite local restaurant too! Press 1 now for details."

2. Your banking info – bank name, account name, ach routing number, and account number

Once I have your banking info – I will setup your ID in the system.

Once you have your teaser recorded, we will do a test call, then we can go live.

Michele

P.S. You should check your phone equipment/carrier to make sure that you can transfer calls to an 855 number. This is a new exchange so its good to just double check.

---

**From:** Rosalie Sutherland [mailto:rosalie.sutherland24@gmail.com]
**Sent:** Wednesday, August 17, 2011 11:55 AM
**To:** Paul Quintal
**Cc:** Michele Merrell; Andrew Stollman
**Subject:** Re: Ready to begin: IVR campaign: Profinity & MoonlightDriveMarketing

Hi Michele

When will you be able to do pre-launch

R

On Aug 16, 2011, at 2:38 PM, Paul Quintal wrote:


Hi Michele-

The IO for this campaign has been fully executed. Please reach out to Rosalie Sutherland to coordinate a start date and any pre-launch details.

Sincerely,

Paul
Paul C. Quintal
Executive Vice President
Profinity, LLC
Cell: 603-205-2224
eFax: 603-218-6448
Skype: paul_quintal
paul@profinity.com
www.profinity.com

Profinity  0021

**From:** Paul Quintal [mailto:paul@profinity.com]
**Sent:** Monday, August 15, 2011 4:25 PM
**To:** 'Rosalie Sutherland'
**Cc:** 'Andrew Stollman';
**Subject:** IVR campaign: Profinity & MoonlightDriveMarketing

OK.

Here is the # (855) 611 8892 - Moonlight Marketing

Below are the teasers we are using. We can modify these for IVR but I need to sign off on any edits.

Let's make sure we coordinate which one you are using so I've got the correct script loaded into the system! Best way to do this is for you to give me a recording of the IVR.

1. Profinity Script #1 "Would you like $25 in Wal-Mart vouchers ? How about $100 in coupons for your favorite groceries to go along with that…and a vouchers for your favorite local restaurant too! Press 1 now for details … or press 2 to hear another valuable offer."

2. Profinity Script #2 "Were you feeling lucky when you called the show today?! Congratulations! An exciting surprise has been reserved just for YOU! That's right - something special just for YOU. Press 1 now for details … or press 2 to hear the next valuable offer…"

3 Price is Right revised script" Would you like $25 in Wal-Mart vouchers? Plus $100 in coupons for your favorite groceries…and a savings voucher for your favorite local restaurant, too!! Best of all, you'll have these exciting rewards IN YOUR EMAIL by this time tomorrow. Imagine saving up to 46% off movie tickets too! You're invited to take a risk free trial of Profinity Protect and Save for just $2.95 charged to your credit or debit card. That's right all of these rewards for just $2.95. Press 1 now for details … or press 2 to hear another valuable offer."

4. Profinity Credit Script  <Customer Name>, " Before you go, would you like to get access to your credit report instantly? Plus you're also entitled to claim a $50.00 gift as a special added bonus with your risk-free enrollment in Profinity Credit. May I connect you for details?""
If Yes – "Great, please hold while I transfer you over"


Sincerely,

Paul
Paul C. Quintal
Executive Vice President
Profinity, LLC
Cell: 603-205-2224
eFax: 603-218-6448
Skype: paul_quintal
paul@profinity.com

Profinity  0022

www.profinity.com


-----Original Message-----
From: Rosalie Sutherland
[mailto:rosalie.sutherland24@gmail.com]
Sent: Monday, August 15, 2011 4:19 PM
To: Paul Quintal
Subject: Re: MoonlightDriveMarketing

Paul

Andrew is going to have the ones he sent over resigned
and resent - should be receiving shortly


On Aug 15, 2011, at 4:00 PM, Paul Quintal wrote:

> I told him once we had an IO executed (we don't)
then I need 48 hours to
> set it up.
>
>
> -----Original Message-----
> From: Rosalie Sutherland
[mailto:rosalie.sutherland24@gmail.com]
> Sent: Monday, August 15, 2011 3:48 PM
> To: Paul Quintal
> Subject: Re: MoonlightDriveMarketing
>
> Ok - what day do you believe that you'll be ready?
>
> It was my understanding from Andrew that you were
ready to go
>
> Let me know
>
> On Aug 15, 2011, at 3:40 PM, Paul Quintal wrote:
>
>> I wont be ready for tomorrow, Rosalie.
>>
>> -----Original Message-----
>> From: Rosalie Sutherland
[mailto:rosalie.sutherland24@gmail.com]
>> Sent: Monday, August 15, 2011 3:21 PM
>> To: Rosalie Sutherland
>> Cc: Paul Profinity
>> Subject: Re: MoonlightDriveMarketing
>>
>> any update on this Paul?
>>
>> We are looking to push this out for tomorrow and
need the destination
>> number for the calls to be routed to?
>>

Profinity  0023

```
>> Thanks
>>
>> R
>> On Aug 15, 2011, at 1:00 PM, Rosalie Sutherland
wrote:
>>
>>> Hi Paul
>>>
>>> Hope you had a good weekend.
>>>
>>> I am working with Andrew on the set up for the
offer for you.  Who
>> should be my POC for operations and reporting.  I
need to get DID's to
> get
>> the test started.
>>>
>>> To confirm we are looking at pushing 1000 calls
for the week?
>>>
>>> Thanks
>>>
>>> Rosalie
```

<MOONLIGHT DRIVE PROFINITY executed
8.16.2011.pdf>

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Saturday, July 30, 2011 9:20 AM
**To:** Paul Quintal
**Subject:** Re: Profinity/Andrew-->IVR inbound

ok, i'll see if I can get you something your lawyers would be happy with

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Friday, July 29, 2011 6:18 PM
**Subject:** RE: Profinity/Andrew-->IVR inbound

Left a vm for you Andrew

I don't need the list info but I need to be able to demonstrate to legal that the sms texts are being sent to consumers who have given the express permission.

Something like this that Rosalie sent to me would help....

1

 **ALL DONE!**

    

**Home Phone:** [  ] - [  ] - [  ]

**Cell Phone:** [  ] - [  ] - [  ]

**Free, 100% Legal Music Downloads!**

☐ My cell is my only phone

By clicking below and signing up for EZ-Tracks.com, you agree to our <u>Terms and Conditions</u> and <u>Privacy Policy</u>. You also agree to receive marketing, including mobile marketing, communications from EZ-Tracks.com, its advertising partners and other third party advertisers.

---

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Friday, July 29, 2011 3:58 PM
**To:** Paul Quintal
**Subject:** Re: Profinity/Andrew-->IVR inbound

Paul, this is a little different then when we last discussed it, although we do have the proper permission for SMS we don't share the list info because we're managing third party data rather just data we own. That being said, we don't drive traffic in the same way we did before because don't promote the primary offer in the SMS message but just in the IVR.


**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Friday, July 29, 2011 10:31 AM
**Subject:** RE: Profinity/Andrew-->IVR inbound

Hi Andrew-

I've got the IO in for review. It's SMS not IVR. I know Compliance is going to ask this and so...

Can you send me an example of the permissions you're capturing relating to SMS, telemarketing and CAN SPAM?

Or are we doing this as we'd contemplated at your old shop? (...promoting our own services via SMS to generate an inbound 800 call to get the offer and then promoting the club offers and transferring calls from our VRU ...)


Looking forward to advancing this Andrew!

Paul
Paul C. Quintal
Executive Vice President
Profinity, LLC
Cell: 603-205-2224
eFax: 603-218-6448
Skype: paul_quintal
Email: paul@profinity.com
www.profinity.com

**From:** Andrew Stollman [mailto:Andrew.Stollman@atrinsic.com]
**Sent:** Monday, December 27, 2010 9:58 PM
**To:** 'Martin Toha (martin@profinity.com)'; 'Paul Quintal'
**Subject:** SMS promotions

Martin/Paul, I hope you had a nice holiday. Since we last discussed using SMS marketing to drive inbound calls our attorneys have taken a much closer look at SMS marketing and feel that we need to be compliant with both telemarketing and CAN SPAM regulations. What this means for us, or anyone, that wants to send an SMS message for a third party offer we need a far more specific permission which would eliminate the bulk of our 22m mobile customers. So what we are doing is promoting our own services via SMS to generate an inbound 800 call to get the offer and then promoting the club offers and transferring calls from our VRU. This creates a more traditional upsell program and the calls were sending are converting very well. Instead of working on the SMS marketing agreement, we should just set up a simple call transfer test on a per call basis as we originally discussed. The calls we're generating are worth $2.00-$2.50 per call and we discussed a limited test at a $1.50/call for calls over transferred over 20 seconds. To give you a better idea of what I'm talking about, here's a sample SMS message and VRU message similar to what we should be testing together:

Official Reward Notice:Call 8001234567 now for 1000 FREE music downloads w/ Gift Code 2325! Keep [sitecategory] txt alrts active.txt stop 2end.

Sample VRU message:
*Congratulations! You've been selected to receive 1000 of the hottest music downloads from Free Music Connection. So help FMC celebrate the launch of its new website by downloading your free songs. There are no strings attached and nothing to buy. All you need to do is press the number 1 now to activate your VIP account. To be removed from future offers, reply STOP to the message you received*

Customer presses 1:
*Thank you, your free music account has been successfully activated and you will receive a text message on your cell phone with instructions on how to access your account. Wait, we have more good news for you! You're now eligible for a $50 Walmart Gift card. Press 1 now to transfer this call to a representative to get your $50 Walmart Gift Card*

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Thursday, July 28, 2011 11:27 PM
**To:** Paul Quintal
**Subject:** Re: Profinity/Andrew-->1VR inbound

Paul, attached is the IO we discussed. Let me know if everything is ok and, if so, please email a signed copy for me to sign and let me know who we should be working with Kat to set up the test.

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>

3

Profinity  0041

**Sent:** Thursday, July 28, 2011 5:10 PM
**Subject:** Re: Profinity/Andrew-->IVR inbound

Let's start Tuesday. Good?
On Jul 28, 2011 4:44 PM, "Andrew Stollman" <astollman@yahoo.com> wrote:
> I like the first 2 and would still test it against the third one since it should be better
for your conversions. Since we're being a little more aggressive on the copy we can
start with a $2.50 instead of $3.00 and we'll see how it goes with the first round of
tests. I'll have someone put together an IO for you, when do you want to get started?
>
>
>
>>_____
>>From: Paul Quintal <paul@profinity.com>
>>To: Andrew Stollman <astollman@yahoo.com>
>>Cc: Ranae <ranae@4tymedia.com>
>>Sent: Thursday, July 28, 2011 12:37 PM
>>Subject: Profinity/Andrew-->IVR inbound
>>
>>
>>Hi Andrew-
>>
>>I want to get a test going ASAP. How are you progressing?
>>
>>Here 4 teasers we are using now. We can definitely modify these. What can I do to
get this going?
>>
>>1.     Profinity Script #1"Would you like a $25 Wal-Mart voucher? How about
$100 in coupons for your favorite groceries to go along with that…and a voucher for
your favorite local restaurant too! Press 1 now for details … or press 2 to hear another
valuable offer."
>>
>>2.     Profinity Script #2"Were you feeling lucky when you called the show today?!
Congratulations! An exciting surprise has been reserved just for YOU! That's right -
something special just for YOU. Press 1 now for details … or press 2 to hear the next
valuable offer…"
>>
>>3.     Price is Right revised script"Would you like a $25 Wal-Mart voucher? Plus
$100 in coupons for your favorite groceries…and a savings voucher for your favorite
local restaurant, too!! Best of all, you'll have these exciting rewards IN YOUR
EMAIL by this time tomorrow. Imagine saving up to 46% off movie tickets
too! You're invited to take a risk free trial of Profinity Protect and Save for just $2.95
charged to your credit or debit card. That's right all of these rewards for just $2.95.
Press 1 now for details … or press 2 to hear another valuable offer."
>>
>>4.     Profinity Credit Script <Customer Name>, " Before you go, would you like to
get access to your credit report instantly? Plus you're also entitled to claim a $50.00
gift as a special added bonus with your risk-free enrollment in Profinity Credit. May I
connect you for details?""
>>If Yes – "Great, please hold while I transfer you over"
>>If No – "Are you sure? It only takes a couple of minutes to get the trial started and

4

you can get a $50.00 gift that includes two (2) $25.00 vouchers, good for Walmart and
a local restaurant of your choice just for trying the program"
>>
>>Sincerely,
>>
>>Paul
>>Paul C. Quintal
>>Executive Vice President
>>Profinity, LLC
>>Cell: 603-205-2224
>>eFax: 603-218-6448
>>Skype: paul_quintal
>>Email: paul@profinity.com
>>www.profinity.com
>>
>>
>>From:Andrew Stollman [mailto:astollman@yahoo.com]
>>Sent: Tuesday, July 26, 2011 6:35 PM
>>To: Paul Quintal
>>Cc: Ranae
>>Subject: Re: IVR inbound
>>
>>ok, I'll see what I can put together for a test.
>>
>>>
>>>_____
>>>
>>>From:Paul Quintal <paul@profinity.com>
>>>To: Andrew Stollman <astollman@yahoo.com>
>>>Cc: Ranae <ranae@4tymedia.com>
>>>Sent: Tuesday, July 26, 2011 12:13 PM
>>>Subject: RE: IVR inbound
>>>Hey Andrew!
>>>
>>>The teaser script below is modifiable. We can omit the $2.95 for example. I've got
some flexibility. Right now we are in to this "early days" but we are seeing gross
conversions in the 40%-50% range and the net conversion (card holds a charge) of
20%.
>>>
>>>I just spoke to Martin and he'd like to get 1000 of these per day from you.
>>>
>>>Do you want to send me what you would like to use as a teaser script and I can
take it to Martin and our compliance guy to  approve it.
>>>
>>>Sincerely,
>>>
>>>Paul
>>>Paul C. Quintal
>>>Executive Vice President
>>>Profinity, LLC
>>>Cell: 603-205-2224

Profinity  0043

>>>eFax: 603-218-6448
>>>Skype: paul_quintal
>>>Email: paul@profinity.com
>>>www.profinity.com
>>>
>>>
>>>
>>>
>>>From:Andrew Stollman [mailto:astollman@yahoo.com]
>>>Sent: Monday, July 25, 2011 5:55 PM
>>>To: Paul Quintal
>>>Cc: Ranae
>>>Subject: Re: IVR inbound
>>>
>>>based on the script below, the save and protect promotion should produce a pretty
qualified lead but may not convert that well from our side compared to other offers for
$3/call (no use of the word "free", a $25 voucher rather gift card, 14 day trial, mention
of the $2.95 fee and credit/debit card requirement).  That being said, if the conversion
rates are reasonable then it should work for everyone so I'll see if it's worth
testing.  What kind of results/feedback are getting on this ad copy from your current
IVR partners?
>>>
>>>>
>>>>_____
>>>>
>>>>From:Paul Quintal <paul@profinity.com>
>>>>To: Andrew Stollman <astollman@yahoo.com>
>>>>Cc: Ranae <ranae@4tymedia.com>
>>>>Sent: Monday, July 25, 2011 4:30 PM
>>>>Subject: RE: IVR inbound
>>>>Hi Andrew!
>>>>
>>>>Either of these can be adapted for IVR or Agent transfer. We've begun by testing
100-200 per day paying $2-$3 during the test period for a call lasting 30 seconds +.
>>>>
>>>>Profinity Save & Protect Teaser
>>>>"Would you like a $25 Wal-Mart voucher?  Plus you can get up to $150 in
coupons for your favorite groceries … and I'm also going to throw in a savings
voucher for your favorite local restaurant, too!!  That's just the beginning of the kinds
of savings you'll enjoy every day…imagine saving up to 46% off movie tickets.
You're invited to take a 14 day trial of Profinity Protect and Save for just $2.95
charged to your credit or debit card. THAT'S RIGHT, ONLY $2.95!! Press 1 now for
details . . or press 2 to hear another valuable offer."
>>>>
>>>>
>>>>Profinity Credit Teaser
>>>>"Before you go, would you like to get access to your credit report instantly? Plus
you're also entitled to claim a $50.00 gift as a special added bonus with your risk-free
enrollment in Profinity Credit. May I connect you for details?"
>>>>
>>>>If Yes – "Great, please hold while I transfer you over"

6

>>>>If No – "Are you sure? It only takes a couple of minutes to get the trial started and you can get a $50.00 gift that includes two (2) $25.00 vouchers, good for Wal-Mart and a local restaurant of your choice just for trying the program"

>>>>

>>>>

>>>>Sincerely,

>>>>

>>>>Paul

>>>>Paul C. Quintal

>>>>Executive Vice President

>>>>Profinity, LLC

>>>>Cell: 603-205-2224

>>>>eFax: 603-218-6448

>>>>Skype: paul_quintal

>>>>Email: paul@profinity.com

>>>>www.profinity.com

>>>>

>>>>

>>>>From:Andrew Stollman [mailto:astollman@yahoo.com]

>>>>Sent: Monday, July 25, 2011 3:33 PM

>>>>To: Paul Quintal

>>>>Cc: Ranae

>>>>Subject: Re: IVR inbound

>>>>

>>>>Paul, good to catch up again. Save and Protect is probably a good fit for our traffic, what's the latest IVR pitch/promotion and what are you paying per call these days?

>>>>

>>>>>

>>>>>_____

>>>>>

>>>>>From:Paul Quintal <paul@profinity.com>

>>>>>To: Ranae <ranae@4tymedia.com>; Andrew Stollman <astollman@yahoo.com>

>>>>>Sent: Monday, July 25, 2011 1:28 PM

>>>>>Subject: RE: IVR inbound

>>>>>We certainly do!

>>>>>

>>>>>Andrew nice to re connect. We're driving calls into our Daytona call center via IVR and agent transfers. We're pitching Profinity Save & Protect and/or Profinity Credit. https://www.profinity.com/

>>>>>

>>>>>Any ideas?

>>>>>

>>>>>

>>>>>Sincerely,

>>>>>

>>>>>Paul

>>>>>Paul C. Quintal

>>>>>Executive Vice President

>>>>>Profinity, LLC

7

>>>>>Cell: 603-205-2224
>>>>>eFax: 603-218-6448
>>>>>Skype: paul_quintal
>>>>>Email: paul@profinity.com
>>>>>www.profinity.com
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>From:Ranae [mailto:ranae@4tymedia.com]
>>>>>Sent: Monday, July 25, 2011 1:21 PM
>>>>>To: 'Andrew Stollman'; 'Paul Quintal'
>>>>>Subject: IVR inbound
>>>>>
>>>>>I know you know each other Andrew can Push inbound via IVR
>>>>>
>>>>>Kindest Regards,
>>>>>
>>>>>Ranae
>>>>>
>>>>>
>>>>>This message and any attachments may contain non-public, confidential or privileged information and is only for the use of the intended recipient(s). If you are not the intended recipient(s), please immediately notify Forty, LLC. by telephone at (727) 289-7474, and notify the sender by return email, deleting or destroying this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
>>>>>Please note: In the event that this message involves contract negotiations, neither party shall be legally bound to the other in the absence of definitive transaction document(s) being executed and delivered by all the parties hereto. Warning: Although reasonable precautions were taken to ensure no viruses are present in this email, Forty, LLC.. cannot accept responsibility for any losses or damages arising from the use of this email or any attached files. Check your e-mail security settings to determine how attachments are handled.
>>>>>
>>>>>
>>>>
>>>
>>
>>

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Wednesday, August 03, 2011 5:43 PM
**To:** Paul Quintal
**Subject:** Re: data capture sample for sms inbound

yes, that's actually what we were doing with Affinion.  There was less volume overall but it got the lawyers out of the mix since the offer never appeared in the SMS message.  I'll put together an IO for a test.

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Wednesday, August 3, 2011 5:40 PM
**Subject:** RE: data capture sample for sms inbound

I believe this is what you were proposing to us at ATRN. I would def test this. Can you set it up?

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Wednesday, August 03, 2011 5:27 PM
**To:** Paul Quintal
**Subject:** Re: data capture sample for sms inbound

There's SMS generated traffic that goes to an IVR from things like surveys, delivering coupons, etc...where the customer calls the IVR and only hears the promotion on the IVR after the primary

1

reason for the call/message rather than the offer being mentioned in the SMS message. In other words, if we just promoted your program as un upsell on the IVR from this type of traffic where it's not promoted at all in the SMS message then it would be any different than any other upsell traffic you're running.

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Wednesday, August 3, 2011 5:07 PM
**Subject:** RE: data capture sample for sms inbound

Totally understand Andrew. I'll push on it from my side. In the meantime what else can we do to drive some transfers? IVR? Agents? I'm hungry for these deals!

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Wednesday, August 03, 2011 2:48 PM
**To:** Paul Quintal
**Subject:** Re: data capture sample for sms inbound

the problem is that it would exclude all of the legacy data and getting our partners to change their privacy policy for a single client just isn't practical

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Wednesday, August 3, 2011 11:34 AM
**Subject:** RE: data capture sample for sms inbound

HI Andrew-

I'm still fighting the battle  SMS is challenging as you know from our attempts to do this with ATRN.

Instead of: "I agree to receive SMS texts from GAPC about the contest and special offers from our sponsors (std msg rates may apply) "

Would your partner consider using this language:

"By clicking the Enter Now button below, I am giving my expressed authority to receive SMS tests from GAPC about the contest and special offers from our sponsors (standard message rates may apply)."

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Tuesday, August 02, 2011 2:25 PM
**To:** Paul Quintal
**Subject:** Re: data capture sample for sms inbound

ok, thanks

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Tuesday, August 2, 2011 2:14 PM
**Subject:** RE: data capture sample for sms inbound

Profinity 0049

I'll LYK. If I get pushback I promise you I'll go down trying!

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Monday, August 01, 2011 6:33 PM
**To:** Paul Quintal
**Subject:** Re: data capture sample for sms inbound

I understand, but I really don't have any flexibility in changing it so hopefully your attorneys won't do what attorneys do best and that is kill business.

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Monday, August 1, 2011 5:15 PM
**Subject:** RE: data capture sample for sms inbound

Hi Andrew-

I'm running it up the flagpole. It would be better if the lang that now reads: "I agree to receive SMS texts from GAPC about the contest and special offers from our sponsors" instead read: ""I agree to receive SMS texts from GAPC about the contest and special offers from our sponsors, partners and other 3rd party marketers".

Let me get some more guidance and get back to you

PCQ

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Saturday, July 30, 2011 12:48 PM
**To:** Paul C Quintal
**Subject:** data capture sample

Paul, let me know if this is sufficient as a sample:

Here is the
link:  http://www.greatamericanphotocontest.com/baby1/index
_u6.aspx?referid=ggmr_misc&gclid=CPfTiZ_AqaoCFcbb4A
odw1nzWQ
And screenshot:



Profinity  0051

**From:** Andrew Stollman [mailto:astollman@yahoo.com]
**Sent:** Thursday, July 28, 2011 11:27 PM
**To:** Paul Quintal
**Subject:** Re: Profinity/Andrew-->IVR inbound

Paul, attached is the IO we discussed. Let me know if everything is ok and, if so, please email a signed copy for me to sign and let me know who we should be working with Kat to set up the test.

**From:** Paul Quintal <paul@profinity.com>
**To:** Andrew Stollman <astollman@yahoo.com>
**Sent:** Thursday, July 28, 2011 5:10 PM
**Subject:** Re: Profinity/Andrew-->IVR inbound

Let's start Tuesday. Good?
On Jul 28, 2011 4:44 PM, "Andrew Stollman" <astollman@yahoo.com> wrote:
> I like the first 2 and would still test it against the third one since it should be better for your
conversions. Since we're being a little more aggressive on the copy we can start with a $2.50 instead of
$3.00 and we'll see how it goes with the first round of tests. I'll have someone put together an IO for
you, when do you want to get started?
>
>
>

1

>>_____
>>From: Paul Quintal <paul@profinity.com>
>>To: Andrew Stollman <astollman@yahoo.com>
>>Cc: Ranae <ranae@4tymedia.com>
>>Sent: Thursday, July 28, 2011 12:37 PM
>>Subject: Profinity/Andrew-->IVR inbound
>>
>>
>>Hi Andrew-
>>
>>I want to get a test going ASAP  How are you progressing?
>>
>>Here 4 teasers we are using now. We can definitely modify these. What can I do to get this going?
>>
>>1.     Profinity Script #1"Would you like a $25 Wal-Mart voucher?  How about $100 in coupons for your favorite groceries to go along with that…and a voucher for your favorite local restaurant too! Press 1 now for details … or press 2 to hear another valuable offer."
>>
>>2.     Profinity Script #2"Were you feeling lucky when you called the show today?! Congratulations! An exciting surprise has been reserved just for YOU! That's right - something special just for YOU. Press 1 now for details … or press 2 to hear the next valuable offer…"
>>
>>3.     Price is Right revised script"Would you like a $25 Wal-Mart voucher?  Plus $100 in coupons for your favorite groceries…and a savings voucher for your favorite local restaurant, too!!  Best of all, you'll have these exciting rewards IN YOUR EMAIL by this time tomorrow. Imagine saving up to 46% off movie tickets too!  You're invited to take a risk free trial of Profinity Protect and Save for just $2.95 charged to your credit or debit card. That's right all of these rewards for just $2.95. Press 1 now for details … or press 2 to hear another valuable offer."
>>
>>4.     Profinity Credit Script  <Customer Name>, " Before you go, would you like to get access to your credit report instantly? Plus you're also entitled to claim a $50.00 gift as a special added bonus with your risk-free enrollment in Profinity Credit. May I connect you for details?""
>>If Yes – "Great, please hold while I transfer you over"
>>If No – "Are you sure? It only takes a couple of minutes to get the trial started and you can get a $50.00 gift that includes two (2) $25.00 vouchers, good for Walmart and a local restaurant of your choice just for trying the program"
>>
>>Sincerely,
>>
>>Paul
>>Paul C. Quintal
>>Executive Vice President
>>Profinity, LLC
>>Cell: 603-205-2224
>>eFax: 603-218-6448
>>Skype: paul_quintal
>>Email: paul@profinity.com
>>www.profinity.com
>>
>>
>>From:Andrew Stollman [mailto:astollman@yahoo.com]

2

Profinity  0058

>>Sent: Tuesday, July 26, 2011 6:35 PM
>>To: Paul Quintal
>>Cc: Ranae
>>Subject: Re: IVR inbound
>>
>>ok, I'll see what I can put together for a test.
>>
>>>
>>>_____
>>>
>>>From:Paul Quintal <paul@profinity.com>
>>>To: Andrew Stollman <astollman@yahoo.com>
>>>Cc: Ranae <ranae@4tymedia.com>
>>>Sent: Tuesday, July 26, 2011 12:13 PM
>>>Subject: RE: IVR inbound
>>>Hey Andrew!
>>>
>>>The teaser script below is modifiable. We can omit the $2.95 for example. I've got some flexibility. Right now we are in to this "early days" but we are seeing gross conversions in the 40%-50% range and the net conversion (card holds a charge) of 20%.
>>>
>>>I just spoke to Martin and he'd like to get 1000 of these per day from you.
>>>
>>>Do you want to send me what you would like to use as a teaser script and I can take it to Martin and our compliance guy to approve it.
>>>
>>>Sincerely,
>>>
>>>Paul
>>>Paul C. Quintal
>>>Executive Vice President
>>>Profinity, LLC
>>>Cell: 603-205-2224
>>>eFax: 603-218-6448
>>>Skype: paul_quintal
>>>Email: paul@profinity.com
>>>www.profinity.com
>>>
>>>
>>>
>>>
>>>From:Andrew Stollman [mailto:astollman@yahoo.com]
>>>Sent: Monday, July 25, 2011 5:55 PM
>>>To: Paul Quintal
>>>Cc: Ranae
>>>Subject: Re: IVR inbound
>>>
>>>based on the script below, the save and protect promotion should produce a pretty qualified lead but may not convert that well from our side compared to other offers for $3/call (no use of the word "free", a $25 voucher rather gift card, 14 day trial, mention of the $2.95 fee and credit/debit card requirement). That being said, if the conversion rates are reasonable then it should work for everyone

Profinity 0059

so I'll see if it's worth testing.  What kind of results/feedback are getting on this ad copy from your current IVR partners?
>>>
>>>>
>>>>_____
>>>>
>>>>From:Paul Quintal <paul@profinity.com>
>>>>To: Andrew Stollman <astollman@yahoo.com>
>>>>Cc: Ranae <ranae@4tymedia.com>
>>>>Sent: Monday, July 25, 2011 4:30 PM
>>>>Subject: RE: IVR inbound
>>>>Hi Andrew!
>>>>
>>>>Either of these can be adapted for IVR or Agent transfer. We've begun by testing 100-200 per day paying $2-$3 during the test period for a call lasting 30 seconds +.
>>>>
>>>>Profinity Save & Protect Teaser
>>>>"Would you like a $25 Wal-Mart voucher?  Plus you can get up to $150 in coupons for your favorite groceries … and I'm also going to throw in a savings voucher for your favorite local restaurant, too!!  That's just the beginning of the kinds of savings you'll enjoy every day…imagine saving up to 46% off movie tickets. You're invited to take a 14 day trial of Profinity Protect and Save for just $2.95 charged to your credit or debit card. THAT'S RIGHT, ONLY $2.95!! Press 1 now for details … or press 2 to hear another valuable offer."
>>>>
>>>>
>>>>Profinity Credit Teaser
>>>>"Before you go, would you like to get access to your credit report instantly? Plus you're also entitled to claim a $50.00 gift as a special added bonus with your risk-free enrollment in Profinity Credit. May I connect you for details?"
>>>>
>>>>If Yes – "Great, please hold while I transfer you over"
>>>>If No – "Are you sure? It only takes a couple of minutes to get the trial started and you can get a $50.00 gift that includes two (2) $25.00 vouchers, good for Wal-Mart and a local restaurant of your choice just for trying the program"
>>>>
>>>>
>>>>Sincerely,
>>>>
>>>>Paul
>>>>Paul C. Quintal
>>>>Executive Vice President
>>>>Profinity, LLC
>>>>Cell: 603-205-2224
>>>>eFax: 603-218-6448
>>>>Skype: paul_quintal
>>>>Email: paul@profinity.com
>>>>www.profinity.com
>>>>
>>>>
>>>>From:Andrew Stollman [mailto:astollman@yahoo.com]
>>>>Sent: Monday, July 25, 2011 3:33 PM

Profinity  0060

>>>>To: Paul Quintal
>>>>Cc: Ranae
>>>>Subject: Re: IVR inbound
>>>>
>>>>Paul, good to catch up again. Save and Protect is probably a good fit for our traffic, what's the latest IVR pitch/promotion and what are you paying per call these days?
>>>>
>>>>>
>>>>>_____
>>>>>
>>>>>From:Paul Quintal <paul@profinity.com>
>>>>>To: Ranae <ranae@4tymedia.com>; Andrew Stollman <astollman@yahoo.com>
>>>>>Sent: Monday, July 25, 2011 1:28 PM
>>>>>Subject: RE: IVR inbound
>>>>>We certainly do!
>>>>>
>>>>>Andrew nice to re connect. We're driving calls into our Daytona call center via IVR and agent transfers. We're pitching Profinity Save & Protect and/or Profinity Credit. https://www.profinity.com/
>>>>>
>>>>>Any ideas?
>>>>>
>>>>>
>>>>>Sincerely,
>>>>>
>>>>>Paul
>>>>>Paul C. Quintal
>>>>>Executive Vice President
>>>>>Profinity, LLC
>>>>>Cell: 603-205-2234
>>>>>eFax: 603-218-6448
>>>>>Skype: paul_quintal
>>>>>Email: paul@profinity.com
>>>>>www.profinity.com
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>From:Ranae [mailto:ranae@4tymedia.com]
>>>>>Sent: Monday, July 25, 2011 1:21 PM
>>>>>To: 'Andrew Stollman'; 'Paul Quintal'
>>>>>Subject: IVR inbound
>>>>>
>>>>>I know you know each other Andrew can Push inbound via IVR
>>>>>
>>>>>Kindest Regards,
>>>>>
>>>>>Ranae
>>>>>
>>>>>
>>>>>This message and any attachments may contain non-public, confidential or privileged information and is only for the use of the intended recipient(s). If you are not the intended recipient(s),

5

please immediately notify Forty, LLC. by telephone at (727) 289-7474, and notify the sender by return email, deleting or destroying this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

>>>>>Please note: In the event that this message involves contract negotiations, neither party shall be legally bound to the other in the absence of definitive transaction document(s) being executed and delivered by all the parties hereto. Warning: Although reasonable precautions were taken to ensure no viruses are present in this email, Forty, LLC.. cannot accept responsibility for any losses or damages arising from the use of this email or any attached files. Check your e-mail security settings to determine how attachments are handled.

>>>>>
>>>>>
>>>>
>>>
>>
>>

Profinity  0062

# MOONLIGHT DRIVE MARKETING, LLC

## INSERTION ORDER

This Insertion Order Agreement is by and between Moonlight Drive Marketing, LLC, a New Jersey limited liability company located at 400 Kelby Street, 11th Floor, Fort Lee, NJ 07024 ("MDM") and the advertiser set forth below ("Advertiser").

| PLEASE SIGN AND DATE AT BOTTOM, AND FAX TO MDM @ 201.944.9801 |
|---|
| Advertiser: |
| Date: |

| MDM | | ADVERTISER | |
|---|---|---|---|
| **Primary Contact** | **Operations Contact** | **Primary Contact** | **Operations Contact** |
| Andrew Stollman | Kathryn Herskovits | | |
| andrew@highergroundconcepts com | kathryn@greatamericanphotocontest.com | | |
| phone: 201-944-9800 | phone: 201-944-9800 | | |
| fax: 201-944-9801 | fax: 201-944-9801 | | |
| | | | |

| Campaign Information | | | | |
|---|---|---|---|---|
| **Start Date** | **End Date** | **Offer Name** | **Creative** | **Terms/Fees** |
| July 28, 2011 | 10,000 Calls | Profinity Club | | $2.50/call that lasts min 30 sec |

| Campaign |
|---|
| MDM will send SMS messages to its database.  The message will contain a click to call link.  The call will go to a unique toll-free number assigned to MDM, and connect to Advertiser's program.  Reporting will be no less than daily.  Maximum 1,000 calls per day. |

| MOONLIGHT DRIVE MARKETING, LLC | ADVERTISER:PROFINITY, LLC |
|---|---|
| By: | By: |
| Name and Title: | Name and Title: |
| Date: | Date: |

Profinity 0064

**TERMS AND CONDITIONS OF INSERTION ORDER**
**BETWEEN MOONLIGHT DRIVE MARKETING, LLC ("MDM")**
**AND THE ADVERTISER SET FORTH BELOW**

1. **General**: No terms or conditions other than those set forth in this Insertion Order ("Agreement") are binding on MDM unless specifically agreed to in writing by MDM.

2. **Reporting:**      Advertiser shall provide MDM with reporting within 24 hours of receiving the data.  In the absence of timely reporting, all data passed will be deemed accepted.

3. **Marketing Messages**:      MDM will be responsible for all SMS message creatives.  Advertiser may review messages upon request at any time.

4. **Payment:**      Advertiser shall pay MDM no later every 15 days, unless otherwise specifically set forth on the first page of the Insertion Order.  Any late payments will accrue interest at the rate of one and one half percent (1-1/2%) per month.  All accounts not paid within ninety (90) days of the due date may be remanded by MDM, at its discretion, to a collection agency and Advertiser agrees that an additional amount equal to 33% of the amount of the outstanding balance as of the date of payment shall be automatically added to the balance as a collection cost.  Advertiser shall be liable to MDM for any other actual costs of collection, including attorney's fees, in the event of a payment default hereunder.

5. **Representations, Indemnifications and Licenses**:      Advertiser represents and warrants that (a) its performance under this Insertion Order ("IO") will not invade or otherwise violate the right of privacy or publicity of any third person, and (b) Advertiser's materials and process do not (i) contain any libelous, obscene, indecent or otherwise unlawful material, (ii) otherwise infringe the rights of any third parties, including, but not limited to such violations as infringement or misappropriation of any copyright, patent, trademark, trade secret, or other intellectual proprietary or property right, or (iii) violate any law or regulation regarding deceptive marketing practices.  Advertiser and MDM each represent and warrant that each will comply with all applicable laws and regulations, including but not limited to, the Federal CAN-SPAM Act, and the Federal Telecommunications Act.

6. **Choice of Law and Venue**: This contract shall be interpreted and construed in accordance with the laws of the State of New York, County of New York, without regard to its conflicts of laws provision, and with the same force and effect as is if fully executed and performed therein. Each party hereby consents to the exclusive personal jurisdiction of the courts of the State of New York, New York County, acknowledges that venue is proper only in any such state court or Federal court in the State of New

Profinity  0065

York, and waives any objection that may exist, now or in the future, with respect to any of the foregoing.

7. **NO WARRANTY.** MDM MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY MATTER, INCLUDING WITHOUT LIMITATION ADVERTISING AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NON INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE. EXCEPT AS EXPRESSLY SET FORTH IN THE AGREEMENT, MDM EXPRESSLY DISCLAIMS ANY REPRESENTATION OR WARRANTY REGARDING THE PERFORMANCE, AVAILABILITY, FUNCTIONALITY OR ANY OTHER ASPECT OF MDM'S SERVICE.

8. **Limitation of Liability .** IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, LOST PROFITS, INDIRECT OR OTHER DAMAGES WHETHER BASED IN CONTRACT, TORT OR OTHERWISE, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. MDM'S AGGREGATE LIABILITY UNDER THIS AGREEMENT FOR ANY CLAIM IS LIMITED TO THE AMOUNT DUE TO MDM BY ADVERTISER UNDER THE INSERTION ORDER GIVING RISE TO THE CLAIM. Advertiser acknowledges that MDM has entered into this Agreement in reliance upon the limitations of liability set forth herein and that the same is an essential basis of the bargain between the parties.

9. **Termination:** Either party may terminate the term of this contract at any time upon 5 days' written notice to the other. In the event of a material breach by a party, the other party may terminate this Agreement immediately without notice or cure period.

10. **Construction .** No term or condition other than those set forth in the Standard Terms or in the Insertion Order relating to advertisement scheduling and pricing shall be binding on MDM unless made in writing and signed by duly authorized representatives of the parties. This Agreement constitutes the entire agreement between the parties concerning the subject matter hereof and supersedes all prior and contemporaneous agreements and communications, whether oral or written, between the parties relating to the subject matter hereof, and all past courses of dealing or industry custom. The terms and conditions hereof shall prevail exclusively over any written instrument submitted by Advertiser, including Advertiser's insertion order, and Advertiser hereby disclaims any terms therein, except far terms therein relating to advertisement scheduling and pricing.

11. **Miscellaneous:** This contract cannot be sold, assigned or transferred by Advertiser to any party. If any portion of the contract is found unenforceable for any reason, the remainder will remain in full force and effect. No waiver by either party shall operate as a waiver of any other provision or any subsequent default. In the event any of the terms and

Profinity  0066

conditions conflict with the front page of this Agreement, then the terms set forth on the front page shall govern. The undersigned is legally empowered with due corporate authority to enter into this Agreement.

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be duly executed as of the date set forth above.

| MOONLIGHT DRIVE MARKETING, LLC | PROFINITY, LLC |
|---|---|
| By: | By: |
| Name and Title: | Name and Title: |
| Date: | Date: |