UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81080-CIV-MARRA/JOHNSON

DIANE PFISTER, individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

PROFINITY, LLC, a Florida limited
liability company, d/b/a PROFINITY;
FAMILY SAVINGS, LLC, a Nevada
limited liability company; MARTIN TOHA,
an individual; MARK BEACHAM, an
individual; PAUL QUINTAL, an individual;
and RANDI SWATT, an individual,

Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*.

On December 30, 2011, the Individuals Defendants filed the Individual Defendants' Motion for Summary Judgment and Alternatively to Dismiss Complaint (DE 30). To date, no response to the motion has been filed. Accordingly, **ORDERED AND ADJUDGED** that Plaintiff shall show cause **within ten (10) days of the entry of this Order** as to why this Motion

for Summary Judgment and, Alternatively to Dismiss Complaint (DE 30) should not be granted.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of January, 2012.

_____
KENNETH A. MARRA
United States District Judge