UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:11-cv-81080-MARRA/HOPKINS

DIANE PFISTER, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.

PROFINITY, LLC, a Nevada limited liability
company d/b/a Profinity, FAMILY SAVINGS,
LLC, a Florida limited liability company,
MARTIN TOHA, MARK BEACHAM, PAUL
QUINTAL and RANDI SWATT,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, DIANE PFISTER, individually, and Defendants, PROFINITY, LLC, FAMILY SAVINGS, LLC, MARTIN TOHA, MARK BEACHAM, PAUL QUINTAL and RANDI SWATT, by and through undersigned counsel, hereby advise the Court that these parties have reached a settlement of their claims, and therefore dismiss all claims asserted in this civil action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties are to bear their own respective attorneys' fees and costs, as provided in the Settlement Agreement.  The parties request that this Court retain jurisdiction over this case solely for purposes of enforcing the Settlement Agreement entered into by and between the parties contemporaneously herewith.

DATED March 2, 2012.

| | |
|---|---|
| **/s/ Stefan Coleman** | **/s/ Sidney A. Stubbs** |
| Stefan Coleman, Esq. | Sidney A. Stubbs, Esq. |
| Florida Bar No. 030188 | Florida Bar No. 095596 |
| E-mail: law@stefancoleman.com | E-mail: sstubbs@jones-foster.com |
| LAW OFFICES OF STEFAN COLEMAN, PLLC | Joanne M. O'Connor, Esq. |
| | Florida Bar No: 0498807 |
| 1072 Madison Avenue | E-mail: joconnor@jones-foster.com |
| Suite 1 | Scott G. Hawkins, Esq. |
| Lakewood, NJ 08701 | Florida Bar No. 460117 |
| Telephone: (877) 333-9427 | E-mail: shawkins@jones-foster.com |
| Facsimile: (888) 498-8946 | JONES, FOSTER, JOHNSTON & STUBBS, P.A. |
| Of Counsel: | 505 South Flagler Drive |
| | Suite 1100 |
| WEISS & LURIE | P.O. Box 3475 |
| Jordan L. Lurie | West Palm Beach FL 33402-3475 |
| Email: jlurie@weisslurie.com | Telephone: (561) 659-3000 |
| Joel E. Elkins | Facsimile: (561) 650-0422 |
| Email: jelkins@weisslurie.com | |
| 10940 Wilshire Boulevard | *Attorneys for Defendants* |
| 23rd Floor | |
| Los Angeles, CA 90024 | |
| Telephone: (310) 208-2800 | |
| | |
| *Attorneys for Plaintiff* | |

p:\docs\26781\00001\pld\1cl1909.docx